## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Monica Zeller, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-637 ADM/JSM |
| vs. | ) |
| | ) |
| Assigned Credit Solutions, | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR DISMISSAL

Based upon the Notice of Dismissal with Prejudice, document number 3, filed by Plaintiff on August 3, 2009, and upon all the files, records and proceedings herein,

**IT IS FURTHER ORDERED:** That all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**BY THE COURT:**

Dated:  August 10, 2009                    s/Ann D. Montgomery
                                           _____
                                           Ann D. Montgomery
                                           United States District Judge